# United States Court of Appeals for the Federal Circuit

## E R R A T A

June 1, 2007

Appeal No. 2006-1542, <u>Henkel Corp. v. The Procter & Gamble Co.</u>

Precedential Opinion

Decided:  May 11, 2007

Page 2, lines 3–4:
--U.S. Patent No. 6,339,564-- should read --U.S. Patent No. 6,399,564--.

Page 4, line 1:
--U.S. Patent No. 6,339,564-- should read --U.S. Patent No. 6,339,564 [<u>sic</u>: 6,399,564]--.